John J. LAVEN, Appellant, v. LIBERTY
MUTUAL INSURANCE COMPANY,
Appellee.

No. 8825.

Circuit Court of Appeals, Sixth Circuit.

May 8, 1942.

Harry L. Hargadon, of Louisville, Ky.,
for appellant.

Robert F. Vaughan, of Louisville, Ky.,
for appellee.

Before HICKS, ALLEN, and HAMIL-
TON, Circuit Judges.

PER CURIAM.

This cause was heard upon the tran-
script of the record, briefs and arguments
of counsel, and it appearing to the court
that the findings of fact are sustained by
substantial evidence, it is therefore ordered
and adjudged that the judgment appealed
from be and the same is affirmed upon the
authority of Caldwell v. Standard Acci-
dent Ins. Co., 6 Cir., 98 F.2d 364, no con-
trolling Kentucky decision to the con-
trary appearing.

Logan W. MARSHALL and Grace M. Marsh-
all, Petitioners, v. COMMISSIONER OF
INTERNAL REVENUE, Respondent.

No. 9030.

Circuit Court of Appeals, Sixth Circuit.

May 8, 1942.

As Amended June 29, 1942.

Thomas C. Lavery and Frederick Wood-
bridge, both of Cincinnati, Ohio, for peti-
tioners.

Samuel O. Clark, Jr., Vernon F. Week-
ley, J. Louis Monarch, Helen R. Carloss,
and Edward M. English, all of Washing-
ton, D. C., for respondent.

Before HICKS, HAMILTON, and Mc-
ALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript
of the record, briefs and arguments of
counsel, and it appearing that there was
substantial evidence to support the decision
of the Board of Tax Appeals that there
was a deficiency in income taxes for the
year 1937, in the sum of $671.81; but it
appearing that petitioners were entitled to
a deduction for the loss of 18 sheep at a
cost of $7 each, or $126, for 1936, instead
of $3 each, as determined by the Board,
the decision fixing a deficiency in the
amount of $713.31 for 1936 is modified so
as to fix the deficiency at the amount of
$705.68, and no other reversible error ap-
pearing, the order of the Board as herein
modified is affirmed.

MORRIS & CUMINGS DREDGING CO.,
Inc., Appellee, v. CONNERS MARINE
CO., Inc., Appellant.

No. 266.

Circuit Court of Appeals, Second Circuit.

June 19, 1942.

Frank C. Mason, of New York City, for
appellant.

Charles W. Hagen, of New York City,
for appellee.

Before L. HAND, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.

This appeal presents nothing but ques-
tions of fact; after a full examination of
the evidence, we do not think that the
findings were "clearly erroneous." Petter-
son L. & T. Corp. v. New York Central
R. Co., 2 Cir., 126 F.2d 992.

Decree affirmed.